APPLICANT  EDWARD HINOJOSA                    APPLICATION NO. WR-82,619-01


APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS


ACTION TAKEN


DISMISSED WITHOUT WRITTEN ORDER.

10-14-15

_____
JUDGE                                                              DATE